UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRON HORSE ACQUISITIONS CORP. and BENGOCHEA CAPITAL LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>OMNIA GLOBAL a.k.a. OMNIA SCHWEIZ GMBH, DANIEL HANSEN, METTE ABEL HANSEN, and JAMES MAIR FINDLAY,<br><br>        Defendants. | Case No. 1:24-cv-00048<br><br>Hon. Victor Marrero<br><br>NOTICE OF VOLUNTARY DISMISSAL |

   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Iron Horse Acquisitions Corp. and Bengochea Capital LLC, by and through their undersigned attorneys, hereby dismiss this action in its entirety with prejudice against all Defendants. Each party is to bear its own costs and attorneys' fees.

Dated: New York, New York
   March 11, 2024

THE BEAR FIRM, P.C.

By: /s/ Albert J. Santoro
   Albert J. Santoro
   50 West 47th Street, Suite 2006
   New York, New York 10036
   T: (212) 970-1099
   albert@bearfirm.law

   *Attorneys for Plaintiffs*